[Crim. No. 2238. Second Appellate District, Division One.—October 7, 1932.]

THE PEOPLE, Appellant, v. CHARLES F. ALLISON, Respondent.

U. S. Webb, Attorney-General, John D. Richer, Deputy Attorney-General, Buron Fitts, District Attorney, and Frank W. Stafford, Deputy District Attorney, for Appellant.

Hal Hughes for Respondent.

HOUSER, J.—In effect, the facts involved in this appeal and the principles of law applicable thereto are alike identical with the facts and the law respectively set forth in the case of *People* v. *Showalter*, (Crim. No. 2241) *ante*, p. 665 [14 Pac. (2d) 1034], this day decided by this court. It is ordered that the judgment and the order from which the appeal is taken be and the same are affirmed.

Conrey, P. J., and York, J., concurred.